granted on condition that appeal be argued or submitted on December 14, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ABRAHAM COHEN v. LOUIS KUCHARSKY and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

M. WILLIAM BERMAN v. MORRIS M. GLASER and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMAS H. HALL and Another, Doing Business under the Firm Name and Style of H. S. HALL & COMPANY, Respondents, v. VICTOR E. MEYER, Doing Business under the Name and Style of VICTOR E. MEYER & COMPANY, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

STEVENSON TAYLOR and Others, Appellants, Respondents, v. JOHN GROSBERG, Respondent, Appellant.— Order so far as appealed from by the defendant affirmed, with ten dollars costs and disbursements to the plaintiff. In so far as the plaintiff appeals from said order, the stay for three weeks having expired, the appeal is dismissed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELMA K. SINGER, Respondent, v. NATIONAL GUM AND MICA COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELMA K. SINGER, Respondent, v. NATIONAL GUM AND MICA COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied as premature, with ten dollars costs, with leave to plaintiff to renew when issue has been joined. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MICHAEL B. LEAVITT, Appellant, v. ISIDORE WITMARK and Others, Surviving Members of the Firm of M. WITMARK & SONS, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELSIE KAUFMANN, Respondent, v. MAX KAUFMANN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

TRUMP BROTHERS MACHINE COMPANY, Appellant, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to reply within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

VICTOR GREGURICH and GEORGE SERTICH, Respondents, v. JULES E. BERNARD and Another, Copartners, etc., Appellants.— Order affirmed, without costs, on condition stated in order; otherwise, order reversed, with ten dollars costs and disbursements, and motion to separately state and number causes of action granted. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BARNETT MOSS and Another, Copartners, etc., Respondents, v. HYMAN LEWIS and Another, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.